UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CALDWELL

        Plaintiff(s),        CASE NO. 03-80152/05-73841

-vs-        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA

        Defendant(s).
_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMENDATION IN FAVOR OF (1) DISMISSING THE PETITION FOR HABEAS CORPUS, AND (2) DENYING PETITIONER'S MOTION TO APPOINT COUNSEL

Before the Court is the Magistrate Judge's Report and recommendation in Favor of dismissing the instant Petition for Habeas Corpus and denying Petitioner's Motion to Appoint Counsel. Having reviewed that Report and Recommendation and Petitioner's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation dismissing the Petition for Habeas Corpus and denying Petitioner's Motion to Appoint Counsel.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: January 24, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2006
.

        s/Jonie Parker
        Case Manager

1